IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-30099-DRH |
| | ) | |
| JERMAINE J. LOVETT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For good cause shown, the Government's Motion to Dismiss Count 1 is hereby granted, and Count 1 of the Superseding Indictment as to Jermaine J. Lovett only is hereby dismissed.

**SO ORDERED.**

/s/    David R Herndon
Chief Judge
United States District Court

DATED:  May 18, 2009