IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JERMAINE LOVETT,

Defendant.                                              No. 07-CR-30099-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Jermaine Lovett's motion for case to be sealed pursuant to Federal Rule of Criminal Procedure 49.1(e)(1)(2) (Doc. 255). Specifically, Lovett's moves the Court for reasons of protection to prohibit or limit non-party's access to documents Court Orders in this case and in his habeas corpus case, *Lovett v. United States*, 10-0503-DRH. The Court **DENIES** the motion. Obviously, sealing the cases now will not take back what has already been published and released to the public. That would require the Court to issue an injunction and the Court will not enter such an extraordinary order. The Court system operates in an open and transparent manner. The Court cannot seal such documents.

**IT IS SO ORDERED.**

Signed this 4th day of June, 2013.

Digitally signed by David R. Herndon
Date: 2013.06.04 16:19:24 -05'00'

Chief Judge
United States District Court

Page 1 of 1